# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY ANDREW PIATEK,

           Plaintiff,          Case No. 04-C-851

      v.

DAVID GRAVES, KURT PICKNELL,
MICHAEL SCHMITZ, JOHN DELANEY
and KEVIN HURST, HEALTH
PROFESSIONALS, LTD., ELIZABETH PETERS
and BRIAN BOHLMANN,

           Defendants.

## <u>ORDER</u>

On April 26, 2005, the court issued an Order under Civil Case Number 4-851 which should have been issued under Civil Case Number 4-315. Therefore, the court ORDERS that the Order docketed on April 26, 2005, IS STRICKEN FROM THE RECORD OF THIS CASE.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin this 27th day of April 2005.

<u>s/Thomas J. Curran</u>
Thomas J. Curran
United States District Judge