# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN



U.S. DIST. COURT EAST DIST. WISC.
FILED
MAY - 6 2005
AT _____ O'CLOCK _____ M
SOFRON B. NEDILSKY

LARRY ANDREW PIATEK,

        Plaintiff,         Case No. 04-C-851

v.

DAVID GRAVES, KURT PICKNELL,
MICHAEL SCHMITZ, JOHN DELANEY,
KEVIN HURST, HEALTH PROFESSIONALS,
LTD., ELIZABETH PETERS, BRIAN BOHLMANN,
DAVID BJORGE, ESSEX INSURANCE COMPANY
and WISCONSIN COUNTY MUTUAL
INSURANCE COMPANY,

        Defendants.

## OPINION AND ORDER

    Larry Piatek, the Plaintiff in this case, has filed a timely Amended Complaint joining three new Defendants: David Bjorge, Essex Insurance Company and Wisconsin County Mutual Insurance Company. Therefore, the court ORDERS that the United States Marshal shall serve the new Defendants with copies of this Order and with a Summons and copies of the Amended Complaint. The Marshal shall serve the new Defendants as soon as possible so that they may comply with the court's Scheduling Order of April 21, 2005, and they shall be served in conformity with Federal Rule of Civil Procedure 4. The Plaintiff must supply addresses for the additional Defendants within fourteen days of the date of this order.

Copy mailed to attorneys for parties by the Court pursuant to Rule 77 (d) Federal Rules of Civil Procedures.

AO 72A (Rev.8/82)

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 6th day of May, 2005.

_____
Thomas J. Curran
United States District Judge