UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LARRY ANDREW PIATEK,

    Plaintiff,

v.    Case No. 04-C-851

DAVID GRAVES, KURT PICKNELL,
MICHAEL SCHMITZ, JOHN DELANEY,
KEVIN HURST, HEALTH PROFESSIONALS, LTD.,
ELIZABETH PETERS, DR. BRIAN BOHLMANN
DAVID BJORGE, ESSEX INSURANCE COMPANY
and WISCONSIN COUNTY MUTUAL INSURANCE
COMPANY,

    Defendants.

## OPINION AND ORDER

The court ORDERS that the Plaintiff's "Motion to Compel" (filed May 27, 2005) IS GRANTED to the extent that the Defendants have stated that they will provide the requested document if it can be located. The Defendants must use best efforts to locate the document as soon as possible.

IT IS FURTHER ORDERED that the "Defendants Health Professionals, Ltd., Elizabeth Peters, Dr. Brian Bohlmann and Essex Insurance Company's Motion for Leave to File Their Motion to Dismiss the Plaintiff's Amended Complaint Instanter" (filed June 2, 2005) IS GRANTED.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 9th day of June, 2005.

    s/Thomas J. Curran
    THOMAS J. CURRAN
    United States District Judge