# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY ANDREW PIATEK,

        Plaintiff,        Case No. 04-C-851

    v.

DAVID GRAVES, KURT PICKNELL,
MICHAEL SCHMITZ, JOHN DELANEY,
KEVIN HURST, HEALTH PROFESSIONALS,
LTD., ELIZABETH PETERS, BRIAN BOHLMANN,
DAVID BJORGE, ESSEX INSURANCE COMPANY
and WISCONSIN COUNTY MUTUAL
INSURANCE COMPANY,

        Defendants.

## OPINION AND ORDER

On June 30, 2005, Larry Piatek, a prisoner in state custody, filed a motion to compel discovery. He wants the Defendants to disclose their policies. The Defendants have responded and have objected to the motion on the ground that it is untimely. They say that, under the court's scheduling Order, all discovery must be completed on or before July 1, 2005. Nevertheless, because it appears that Defendants failed to respond to the Plaintiff's prior request to disclose this information, the court ORDERS that the Plaintiff's "Motion to Compel" (filed June 30, 2005) IS GRANTED. The Defendants shall disclose the discovery sought within ten days of the date of this Order.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of July, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge